

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2019

No. 04-18-00616-CR

Romeo **ADAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9532
Honorable Jefferson Moore, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file a brief is granted in part. We order counsel, Dean Diachin, to file appellant's brief by April 26, 2019 (88 days after the original due date). **No further extensions of time will be granted.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court